# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 153 WAL 2022

           Respondent          :

                            :   Petition for Allowance of Appeal

                            :   from the Order of the Superior Court

           v.                    :

                            :

PAUL MICHAEL LEHMAN,          :

           Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.